IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONJERE FAUST | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 08-CV-2643 |
| KURT STORM, JOSE MATOS, JODI KLINGER, AND RCN CORP., a/k/a RCN CABLE CO., a/k/a RCN TELECOM SERVICES, INC., | : : : : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 13th day of July, 2009, it is hereby ORDERED that Defendant RCN Corp.'s Motion to Dismiss (Doc. No. 11) is DENIED. Defendant Jodi Klinger's Motion to Dismiss (Doc. No. 12) is GRANTED in part and DENIED in part. Specifically, counts one and two are dismissed as to Defendant Jodi Klinger in so far as those counts allege violations of Title VII. All other counts remain.

BY THE COURT:

*/s/ Thomas M. Golden*
THOMAS M. GOLDEN, J.